T. & P. R. R. Co. v. R. G. LANHAM.

(No. 2278, R. Book No. 4, p. 211.)

APPEAL from Grayson County.    Opinion by WHITE, P. J.

§ 251. *Charge of the court.*    It is error for the court to assume in the charge to the jury the main fact in controversy, and is especially noticeable and subject to revision where the defendant asked a special instruction, which was refused, calling the attention of the court to the real issue in the case.

§ 252. *Measure of damages for stock killed.*    The value of the stock killed or injured at the time of the killing is the measure of damages under art. 4245, Rev. Stats.    [H. & T. C. R. R. Co. v. Muldrow, 54 Tex. 233.]

May 3, 1882.                    Reversed and remanded.